UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-01337

**City of Sulphur Springs,**
*Plaintiff,*
v.
**Miami-Dade Steel, LLC, et al.,**
*Defendants.*

# ORDER

On February 20, 2026, the court ordered plaintiff to show cause why its case should not be dismissed for failure to prosecute. Doc. 16. The court explained that plaintiff had not submitted a joint report under Federal Rule of Civil Procedure 26(f), responded to defendants' motion to dismiss, filed an appearance, or otherwise communicated with the court since this action was removed. *Id.* The court also explained that failure to respond to that order would result in dismissal with prejudice. *Id.*

A district court may dismiss an action sua sponte "for failure to prosecute or to comply with any court order." *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998); *see also* Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). The court finds that plaintiff has failed to prosecute its case and failed to comply with orders of this court. Accordingly, this case is dismissed with prejudice. Any pending motions are denied as moot. Defendant is ordered to serve plaintiff with a copy of this order. The clerk of court is directed to close the case.

*So ordered by the court on March 2, 2026.*

J. Campbell Barker
United States District Judge